DONALD MACCLELLAND, JR., an Infant, by DONALD F. MACCLELLAND, SR., His Guardian ad Litem, Respondent, v. SWIFT & Co., INC., Appellant. DONALD F. MACCLELLAND, Respondent, v. SWIFT & Co., INC., Appellant.— Action by an infant to recover damages for personal injuries sustained through the alleged negligence of the defendant in the operation of an automobile which struck the infant while the latter was crossing a public highway; and separate action by his father to recover for medical and other expenses and for loss of the infant's services. The actions were tried together. From a judgment in favor of the infant plaintiff, entered upon the verdict of a jury, defendant appeals. From a judgment in favor of the plaintiff (father), entered upon the verdict of a jury, defendant also appeals. Judgments unanimously affirmed, with one bill of costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

JOHN A. MCGARRY, Appellant, v. ANTHONY KRAYER, INC., Respondent.— In an action brought by the plaintiff, a salesman, against the defendant, his employer, to recover commissions, judgment dismissing the complaint, entered upon a direction of the trial justice at the close of plaintiff's proofs, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MARGARET MEANY, Respondent, v. SHANNON LORD MEANY, Appellant.— In an action for separation, judgment providing for alimony, etc., unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE NEVINS, INC., Respondent, v. ELIAS KASMACH, as President of the Waiters and Waitresses Union, Local No. 2, of Brooklyn and Queens, Affiliated with the American Federation of Labor, and Central Trades and Labor Council of Greater New York, Appellant.— Action brought by an employer against a labor union for an injunction to compel the specific performance of an alleged agreement on the part of the union not to strike for a certain period of time. Order striking the second, third and fourth defenses from the answer affirmed, with ten dollars costs and disbursements, a new answer to be served within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN NEUBERT, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond [County of Richmond], convicting the defendant of a violation of section 483 of the Penal Law (impairing the morals of a minor), and order denying defendant's motion for a new trial, unanimously affirmed. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.